■ PAMELA E. GREINER, Individually and as Mother and Natural Guardian of KATIE A. PANN, an Infant, Respondent, v DONALD M. BECK et al., Appellants. [726 NYS2d 317] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Plaintiff commenced this action seeking damages for injuries sustained by her seven-year-old daughter when she was attacked by a dog owned by defendants. Supreme Court erred in denying defendants' motion for summary judgment dismissing the complaint. Defendants established their entitlement to judgment as a matter of law by submitting proof that they lacked any knowledge of the dog's alleged vicious propensities, and plaintiff failed to raise a triable question of fact on that issue (*see, Plennert v Abel*, 269 AD2d 796; *Perry v Mikolajczyk*, 259 AD2d 987). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Burns, JJ.